UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:09-M-1179

FILED
OCT 27 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ____ DEP CLK

UNITED STATES OF AMERICA )
)ORDER ALLOWING DISMISSAL OF
v. )CRIMINAL INFORMATION AND
)WITHDRAWAL OF ARREST WARRANT
ALEXANDER MOYA )

Leave of court is granted for the filing of the foregoing dismissal.

10-27-10
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE